UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 8:14-cr-350-T-30EAJ

MARY FRANCENIA CAMPBELL

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 27) in the amount of $62,355.07 against defendant Mary Francenia Campbell pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained $62,355.07 in proceeds as a result of the violation of 18 U.S.C. § 641 as charged in count one of the indictment, to which he pleaded guilty.

Accordingly, it is **ORDERED** that the motion (Doc. 27) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable to the United States of America for a forfeiture money judgment in the amount of $62,355.07.

The Court retains jurisdiction to enter orders necessary for the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on February 6th, 2015.

---
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2014\14-cr-350 forfeit 27.docx